JS 44 (Rev. 04/21) FLSD Revised 12/02/2022

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
MAGNA CHARTER, LLC

## DEFENDANTS
BOATS GROUP, LLC

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Miami-Dade
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
KEVIN LOVE, CRIDEN LOVE, P.A.
2020 SALZEDO ST, #302, CORAL GABLES FL 33134
(305) 357-9000

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ■ MIAMI-DADE □ MONROE □ BROWARD □ PALM BEACH □ MARTIN □ ST. LUCIE □ INDIAN RIVER □ OKEECHOBEE □ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

□ 1 U.S. Government Plaintiff
■ 3 Federal Question *(U.S. Government Not a Party)*
□ 2 U.S. Government Defendant
□ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business In This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business In Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| □ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | □ 625 Drug Related Seizure of Property 21 USC 881 | □ 422 Appeal 28 USC 158 | □ 375 False Claims Act |
| □ 120 Marine | □ 310 Airplane | □ 365 Personal Injury - Product Liability | □ 690 Other | □ 423 Withdrawal 28 USC 157 | □ 376 Qui Tam (31 USC 3729(a)) |
| □ 130 Miller Act | □ 315 Airplane Product Liability | □ 367 Health Care/ Pharmaceutical | | | □ 400 State Reapportionment |
| □ 140 Negotiable Instrument | □ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ■ 410 Antitrust |
| □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 330 Federal Employers' Liability | □ 368 Asbestos Personal Injury Product Liability | | □ 820 Copyrights | □ 430 Banks and Banking |
| □ 151 Medicare Act | □ 340 Marine | | | □ 830 Patent | □ 450 Commerce |
| □ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | | | | □ 835 Patent – Abbreviated New Drug Application | □ 460 Deportation |
| | | | | □ 840 Trademark | □ 470 Racketeer Influenced and Corrupt Organizations |
| □ 153 Recovery of Overpayment of Veteran's Benefits | □ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | □ 880 Defend Trade Secrets Act of 2016 | □ 480 Consumer Credit (15 USC 1681 or 1692) |
| □ 160 Stockholders' Suits | □ 350 Motor Vehicle | □ 370 Other Fraud | □ 710 Fair Labor Standards Acts | **SOCIAL SECURITY** | □ 485 Telephone Consumer Protection Act (TCPA) |
| □ 190 Other Contract | □ 355 Motor Vehicle Product Liability | □ 371 Truth in Lending | □ 720 Labor/Mgmt. Relations | □ 861 HIA (1395ff) | □ 490 Cable/Sat TV |
| □ 195 Contract Product Liability | □ 360 Other Personal Injury | □ 380 Other Personal Property Damage | □ 740 Railway Labor Act | □ 862 Black Lung (923) | □ 850 Securities/Commodities/Exchange |
| □ 196 Franchise | □ 362 Personal Injury - Med. Malpractice | □ 385 Property Damage Product Liability | □ 751 Family and Medical Leave Act | □ 863 DIWC/DIWW (405(g)) | □ 890 Other Statutory Actions |
| | | | □ 790 Other Labor Litigation | □ 864 SSID Title XVI | □ 891 Agricultural Acts |
| | | | □ 791 Employee Retirement Income Security Act | □ 865 RSI (405(g)) | □ 893 Environmental Matters |
| | | | | | □ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | □ 896 Arbitration |
| □ 210 Land Condemnation | □ 440 Other Civil Rights | **Habeas Corpus:** | | □ 870 Taxes (U.S. Plaintiff or Defendant) | □ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| □ 220 Foreclosure | □ 441 Voting | □ 463 Alien Detainee | | □ 871 IRS—Third Party 26 USC 7609 | □ 950 Constitutionality of State Statutes |
| □ 230 Rent Lease & Ejectment | □ 442 Employment | □ 510 Motions to Vacate Sentence | | | |
| □ 240 Torts to Land | □ 443 Housing/Accommodations | □ 530 General | | | |
| □ 245 Tort Product Liability | □ 445 Amer. w/Disabilities - Employment | □ 535 Death Penalty | **IMMIGRATION** | | |
| □ 290 All Other Real Property | □ 446 Amer. w/Disabilities - Other | **Other:** | □ 462 Naturalization Application | | |
| | □ 448 Education | □ 540 Mandamus & Other | □ 465 Other Immigration Actions | | |
| | | □ 550 Civil Rights | | | |
| | | □ 555 Prison Condition | | | |
| | | □ 560 Civil Detainee – Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
■ 1 Original Proceeding
□ 2 Removed from State Court
□ 3 Re-filed **(See VI below)**
□ 4 Reinstated or Reopened
□ 5 Transferred from another district *(specify)*
□ 6 Multidistrict Litigation Transfer
□ 7 Appeal to District Judge from Magistrate Judgment
□ 8 Multidistrict Litigation – Direct File
□ 9 Remanded from Appellate Court

## VI. RELATED/ RE-FILED CASE(S)
*(See instructions):* a) Re-filed Case □ YES ■ NO   b) Related Cases ■ YES □ NO
JUDGE: 
DOCKET NUMBER: 1:24-cv-20805-KMM

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
Sherman Antitrust Act, 15 U.S.C. sec 1
LENGTH OF TRIAL via 14 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
■ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $ 5,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ■ Yes □ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**
DATE: March 26, 2024
SIGNATURE OF ATTORNEY OF RECORD: s/Kevin B. Love

FOR OFFICE USE ONLY : RECEIPT #   AMOUNT   IFP   JUDGE   MAG JUDGE